UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TRACY L. JOHNSON, etc.,

                Plaintiff,

      -against-                                  23-cv-2407 (LAK)

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

      Insofar as this action is brought against New York City Department of Correction ("DOC") and Correctional Health Services, it is dismissed. As a department of the City of New York, DOC is not a suable entity. Nor is Correction Health Services, which is described in the complaint as a division of New York City Health and Hospitals Corporation.

      SO ORDERED.

Dated:      March 23, 2023

                                                  Lewis A. Kaplan
                                           United States District Judge