

99 Park Avenue   New York, NY 10016-1601
Tel: (212) 286-8585   Fax: (212) 490-8966
www.hpmb.com

**Gabrielle Apfel**
Associate
gapfel@hpmb.com

July 13, 2023

<u>**VIA ECF**</u>         **MEMO ENDORSED.**
Hon. Ona T. Wang
Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Tracy L. Johnson v. City of New York, et al.
      Dkt. No. 23-CV-2407 (LAK) (OTW)
      Our File: 611-3305

Dear Judge Wang:

Our law firm, Heidell, Pittoni, Murphy & Bach, LLP, represents defendants the City of New York, New York City Health and Hospitals Corporation, and Daniel Morris, M.D. in the above-referenced matter. We submit this joint letter motion with plaintiff's counsel, Joshua Kelner, Esq., to request an adjournment of the Initial Case Management Conference, which is currently scheduled for July 19, 2023. (ECF 25).

The parties request an adjournment of the Initial Case Management Conference because the deadline for all defendants to answer or otherwise respond to the Amended Complaint has been extended to August 7, 2023. (ECF 34). Further, the City is still working to make representation decisions as to defendants C.O. Kerline Lubin, C.O. Harland Aristide, Captain Angelo Lessey, and C.O. Alexandre Guirand, and therefore these defendants are unable to enter into a Case Management Plan at this juncture.

There has been one previous request for an adjournment of the Initial Case Management Conference. The parties propose August 10, 2023, August 14, 2023, or August 21, 2023 for the rescheduled Initial Case Management Conference. We thank the Court for its consideration of this request.

Very truly yours,

Gabrielle Apfel

GA/vm

2757270.1

HEIDELL, PITTONI, MURPHY & BACH, LLP
NEW YORK | CONNECTICUT | WESTCHESTER | LONG ISLAND

Hon. Ona T. Wang
Re: Tracy Johnson v. City of New York, et al.
July 13, 2023
Page: 2



**VIA ECF**
Joshua D. Kelner
KELNER & KELNER, ESQS.
*Attorneys for Plaintiff*
7 World Trade Center, Suite 2700
New York, New York 10007
(212) 425-0700

Application **GRANTED**. The Initial Case Management Conference currently scheduled for July 19, 2023 is hereby **ADJOURNED** to **August 15, 2023 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_____
Ona T. Wang          7/14/23
U.S.M.J.

2757270.1