UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY L. JOHNSON, as Personal Representative of the Estate of Esias Johnson, Deceased,

               Plaintiff,

-against-

CITY OF NEW YORK, et al.,

               Defendants.

23-CV-2407 (JGLC) (OTW)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including the August 15, 2023 initial case management conference in front of Magistrate Judge Wang. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at <https://nysd.uscourts.gov/hon-jessica-g-l-clarke>.**

Dated: August 7, 2023
       New York, New York

                                   SO ORDERED.

                                   *Jessica Clarke*

                                   JESSICA G. L. CLARKE
                                   United States District Judge