**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
TRACY L. JOHNSON,                               :
                                                :
                Plaintiff,                      :          23-CV-2407 (JGLC) (OTW)
                                                :
        -against-                               :          ORDER
                                                :
CITY OF NEW YORK, et al.,                       :
                                                :
                Defendants.                     :
                                                :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person Settlement Conference on Tuesday, May 21, 2024. The Court was unable to settle this case. The parties are directed to file a joint status letter **by Friday, June 7, 2024**, updating the Court regarding what discovery remains outstanding.

SO ORDERED.

                                                        _/s/ Ona T. Wang_____
Dated: June 3, 2024                                         **Ona T. Wang**
       New York, New York                              United States Magistrate Judge