**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TRACY L. JOHNSON,

               Plaintiff,            No. 23-CV-2407 (LAK) (OTW)

              -against-            **ORDER**

CITY OF NEW YORK, et al.,

             Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court is in receipt of ECF Nos. 83 and 84.

    The Court will hold a status conference in this matter on **October 16, 2024, at 12:00 p.m.**, in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint proposed agenda for the conference, not to exceed three pages, by Friday, **October 11, 2024**. The parties should be prepared to discuss what discovery has been done, what discovery remains outstanding, and how they plan to complete that discovery in a timely manner. The parties should also be prepared to discuss whether *Monell* and fact discovery in this action should be bifurcated.

      The parties are further directed to meet and confer to discuss whether Defendants are able to share discovery in this case with discovery in *Bronx Cnty. Pub. Adm'r. v. City of New York*, Index No. 23-cv-4882 (GHW) (OTW), which is also referred to me for general pretrial management.

      **SO ORDERED.**

Dated: October 1, 2024                        *s/ Ona T. Wang*
      New York, New York              **Ona T. Wang**
                                    United States Magistrate Judge