**Kelner & Kelner, Esqs.**
**7 World Trade Center, Suite 2700**
**New York, New York 10007**
**(212) 425-0700**

October 10, 2024

**Submitted by ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

                Re:  *Johnson v. City of New York, et al.*
                    Docket No.: 23-cv-02407

Dear Judge Wang:

      Our law firm represents the plaintiff in the above-referenced action.  I am writing on behalf of all parties to provide an agenda for our upcoming conference with the Court on October 29, 2024, in accordance with the Court's order (see Docket No. 85).

      The proposed agenda for the conference is as follows: (1) Whether *Monell* discovery should be bifurcated; (2) Resolution-related issues; (3) Scheduling of remaining discovery; and (4) Discussion of the ability to share discovery with the other case identified in the Court's order (*Bronx Cnty. Pub. Adm'r. v. City of New York*, Docket No. 23-cv-4882).[1]

      We thank the Court for its consideration.

                                              Respectfully submitted,

                                              Joshua D. Kelner (JK-3303)

cc:

All counsel (**By ECF**)

---

[1] Pursuant to the Court's directive, the parties have met and conferred with regard to this issue.