**Kelner & Kelner, Esqs.**
**7 World Trade Center, Suite 2700**
**New York, New York 10007**
**(212) 425-0700**

November 21, 2024

**Submitted by ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:  *Johnson v. City of New York, et al.*
        Docket No.: 23-cv-02407

Dear Judge Wang:

    Our law firm represents the plaintiff in the above-referenced action.  I am writing on behalf of all parties to advise the Court that we have agreed upon a settlement.  We are presently in the process of drafting documents to effectuate the settlement.  We therefore respectfully request that all further deadlines in this case be adjourned *sine die*.

    We thank the Court for its consideration.

                                            Respectfully submitted,

                                            Joshua D. Kelner (JK-3303)