UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
TRACY L. JOHNSON, as Personal Representative of the
Estate of ESIAS JOHNSON, Deceased,

                Plaintiff,

  -against-

CITY OF NEW YORK, NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION, KERLINE
LUBIN, ALEXANDRE GUIRAND, JR., HARLAND
ARISTIDE, ANGELO ERLAND LESSEY, DANIEL
MORRIS, M.D., and JOHN DOES 1-5,

                Defendants.
----------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No.: 23-cv-02407

NYC Law Dep't #:
2021-027267

NYC Comptroller #:
2021PI032282

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for all the parties to the above-entitled action that the above-entitled action is dismissed as to NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, including all cross-claims and counterclaims, with prejudice and without costs or disbursements to any party.

Facsimiles or electronic transmissions of signatures shall be deemed originals for all purposes and may be filed with the Clerk of the Court without further notice to any party.

Dated: New York, New York
       December 30, 2024

_____
Joshua D. Kelner, Esq.
KELNER & KELNER, ESQS.
*Attorneys for Plaintiff*
7 World Trade Center, Suite 2700
New York, New York 10007
T: (212) 425-0700
jkelner@kelnerlaw.com

_____
Gabrielle Apfel, Esq.
HEIDELL, PITTONI, MURPHY & BACH, LLP
*Attorneys for Defendants*
*City of New York, New York City Health and Hospitals Corporation, and Daniel Morris, M.D.*
99 Park Avenue, 4th Floor
New York, New York 10016
gapfel@hpmb.com

_____
Stephen McQuade
PITTA LLP
*Attorneys for Defendant*
*Angelo Erland Lessey*
120 Broadway, 28th Floor

_____
John William Burns
KARASYK & MOSCHELLA, LLP
*Attorneys for Defendants*
*Kerline Lubine, Alexandre Guirande, Jr., and Harland Aristide*

**Error! Unknown document property name.**

New York, New York 10271
T: (212) 652-3885
smcquade@pittalaw.com

233 Broadway, Suite 2340
New York, New York 10279
jburns@kmattorneys.com