**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
TRACY L. JOHNSON,

         Plaintiff,

         -against-

CITY OF NEW YORK, et al.,

         Defendants.

------------------------------------------------------------x

23-CV-2407 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In November 2024, this case reached a settlement and was subsequently dismissed. (ECF 90). On May 23, 2025, Plaintiff's counsel, Kelner & Kelner, requested a conference to resolve a fee dispute that had arisen with Jaime Santana, Plaintiff's prior counsel. Counsel dispute whether Mr. Santana's solicitation of Plaintiff was improper, and they also dispute the apportionment, if any, of the fee amount, which is currently being held in escrow by Kelner & Kelner (ECF 93 at 2).

Judge Clarke referred this matter to me for a Report and Recommendation on June 16, 2025. (ECF 100). I held a confidential telephone conference with Mr. Kelner and Mr. Santana on July 17, 2025, but was unable to resolve any issues. Accordingly, the attorneys are directed to file supplemental briefing on the following schedule:

- Mr. Santana motion for attorney's fees is due no later than **September 12**;
- Kelner & Kelner's opposition, if any, is due no later than **September 19**; and
- **There shall be no replies unless directed by the Court.**

Mr. Santana's motion for fees and apportionment must include: a clear timeline, supported by sworn statements or other evidence, of the events surrounding his retention; contemporaneous billing records to support an award of fees and costs; and relevant case law to support his entitlement to an apportionment of the legal fees.

The Court hereby notifies the parties that, if it determines there are no disputes of material fact, it may resolve this dispute on the written submissions of the attorneys. If either attorney seeks an evidentiary hearing in this matter, they must include the request in their papers, as well as provide reasons why a hearing is necessary, and detail what types of additional evidence, including witnesses, would be presented at the hearing.

**SO ORDERED.**

Dated: September 5, 2025
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

2