**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

TRACY L. JOHNSON,                           :
                                            :
            Plaintiff,                 :         No. 23-CV-2407 (JGLC) (OTW)
                                            :
            -against-                  :
                                            :         **ORDER**
CITY OF NEW YORK, et al.,                    :
                                            :
            Defendants.                :
                                            :

--------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Mr. Santana and Mr. Kelner are directed to review *Brettschneider v. City of New York,* No. 15-CV-4574 (CBA) (SJB), 2020 WL 5984349 (S.D.N.Y Sep. 30, 2021), and then meet and confer to discuss whether this Court has ancillary jurisdiction over their attorneys' fee dispute.

Mr. Santana and Mr. Kelner are further directed to file a joint letter by **May 15, 2026**, indicating whether they intend to pursue the fees dispute in this federal forum. If any attorney believes this Court **can** exercise ancillary jurisdiction, they shall file a supplemental letter brief by **May 22, 2026**, stating the basis for subject matter jurisdiction. Any opposition shall also be in the form of a letter brief filed by **May 26, 2026**. Any supplemental briefing must cite to relevant case law in support.

**SO ORDERED.**

Dated: May 7, 2026                    */s/ Ona T. Wang*
       New York, New York            **Ona T. Wang**
                                  United States Magistrate Judge