**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

TRACY L. JOHNSON,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

---------------------------------------------------------------x

23-CV-2407 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

This case is hereby **STAYED** pending settlement.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 25, 2026
New York, New York