**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

TRACY L. JOHNSON,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

-----------------------------------------------------------x

23-CV-2407 (JGLC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge**:

This stay in this case is hereby **LIFTED.**

**SO ORDERED.**

Dated: November 18, 2026
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge